[No. 27201-0-III.  Division Three.  August 25, 2009.]

ELCON CONSTRUCTION, INC., *Appellant*, v. EASTERN WASHINGTON UNIVERSITY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-2-05145-7, Gregory D. Sypolt, J., entered May 30, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 27473-0-III.  Division Three.  August 25, 2009.]

THE CITY OF KENNEWICK, *Respondent*, v. COLE MORGAN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Benton County, No. 07-2-00702-1, Cameron Mitchell, J., entered September 9, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, A.C.J., and Sweeney, J.

[No. 27313-0-III.  Division Three.  August 27, 2009.]

AMERICAN COMMERCE INSURANCE COMPANY, *Respondent*, v. WILLIAM ENSLEY ET AL., *Appellants*, AAA WASHINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Chelan County, No. 06-2-01157-5, Ted W. Small, J., entered July 8, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, A.C.J., and Brown, J. Now published at 153 Wn. App. 31.

[No. 61922-5-I.  Division One.  August 31, 2009.]

I-5 PROPERTIES ET AL., *Respondents*, v. THE DEPARTMENT OF ECOLOGY, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 07-2-00550-8, Ira Uhrig, J., entered June 9, 2008. *Remanded* by unpublished opinion per Agid, J., concurred in by Schindler, C.J., and Dwyer, J.